UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEERY WAY (USA), INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NGOC DIEP DUONG, an individual; THU HA NONG, an individual; INCOM TRADING USA, a California corporation; INCOM TRADING CORPORATION, INC., a California corporation; POWELL TRADING, INC., a California corporation; POWELL COMMODITY INC., a California corporation; WILLIAM WONG, an individual; VIVIAN THUVAN NGUYEN, an individual; VIOLA G. WONG, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. CV12-0486 JSC<br><br>**DEFAULT JUDGMENT BY CLERK** |

    Defendants INCOM TRADING USA, and INCOM TRADING CORPORATION, INC. having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff CHEERY WAY (USA), INC. in the principal sum of $678,000; that Defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain which can by computation be made certain; it

1  is hereby

2      ORDERED, ADJUDGED, and DECREED that Plaintiff CHEERY WAY (USA), INC.,
3  recover of the Defendants INCOM TRADING USA, and INCOM TRADING COROPRATION,
4  INC., the sum of $678,000, plus interest according to law from the date of judgment until the
5  entire amount is paid.

6      This judgment is entered by the Clerk at the request of Plaintiff CHEERY WAY (USA), INC.
7  and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of
8  Civil Procedure.

10  DATED: __11-5-12__    RICHARD W. WIEKING, CLERK

                          By_____
                          Gloria Acevedo
                          Case Systems Administrator

2.

DEFAULT JUDGMENT BY CLERK - CV12-0486 JSC