Brian E. Soriano, SBN 183865
LAW OFFICE OF BRIAN E. SORIANO
1801 Bush Street, Suite 118
San Francisco, CA  94109
TEL:  415/615-0881
FAX: 415/615-0915
EMAIL: brian@bsoriano.com

Attorneys for Plaintiff
CHEERY WAY (USA), INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEERY WAY (USA), INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NGOC DIEP DUONG, an individual; THU HA NONG, an individual; INCOM TRADING USA, a California corporation; INCOM TRADING CORPORATION, INC., a California corporation; POWELL TRADING, INC., a California corporation; POWELL COMMODITY INC., a California corporation; WILLIAM WONG, an individual; VIVIAN THUVAN NGUYEN, an individual; VIOLA G. WONG, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. CV12-0486 JSC<br><br>**PLAINTIFF CHEERY WAY (USA), INC.'S CASE MANAGEMENT STATEMENT [FRCP 26(f); CIV L.R. 16.9]**<br><br>Date:   December 6, 2012<br>Time:  1:30 p.m.<br>Ctrm:  F, 15th Flr. |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (FRCP) and Rule 16-9 of the Civil Local Rules, Plaintiff CHEERY WAY (USA), INC. herein submit this Individual Case Management Statement and Proposed Order, and request the court adopt it as its Case Management Order in this case.

### NO REMAINING ISSUES – CASE SHOULD BE DISMISSED

On August 27, 2012, the parties, through their respective attorneys, stipulated to dismiss Defendants THU HA NONG, VIVIAN THUVAN NGUYEN, POWELL TRADING, INC., POWELL

COMMODITY INC., and VIOLA G. WONG [Docket No. 48].

On November 5, 2012, the Court Clerk issued a default judgment for Plaintiff CHEERY WAY (USA), INC. and against Defendants INCOM TRADING USA and INCOM TRADING CORPORATION, INC. in the principal sum of $678,000 [Docket No. 55].

On November 29, 2012, Plaintiff CHEERY WAY (USA), INC. filed a Notice of Bankruptcy [Docket No. 56] notifying the Court that Defendants NGOC DIEP DUONG and WILLIAM WONG have filed for Chapter 7 in the United States Bankruptcy Court, Central District of California, Case Nos. 8:12-bk-17143-ES and 2:12-bk-11855-RN, respectively [Docket No. 56].

There are no remaining defendants in this case and the Court should therefore take the Case Management Conference currently set for December 6, 2012 off calendar and order a dismissal in this case.

Dated:  November 29, 2012

LAW OFFICE OF BRIAN E. SORIANO

By:   /s/  *Brian E. Soriano*
Brian E. Soriano
Attorneys for Plaintiff
CHEERY WAY (USA), INC.

## [PROPOSED] CASE MANAGEMENT ORDER

The Court hereby adopts the Case Management Statement and [Proposed] Order for the case and the parties are ordered to comply with this Order.  In addition, the court orders that all issues have been resolved and therefore orders this case dismissed.

Dated: _____, 2012.

Honorable Jacqueline S. Corley
United States Magistrate Judge